FILED

05/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0471

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0471

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CARESSA JILL HARDY, aka

GLENN LEE DIBLEY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Unseal Confidential Transcript and Supplement the Record is GRANTED. Exhibits 1 and 2 to the motion shall be placed in the file of this Court for this cause.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 16 2022